**Corrected Order filed April 3, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00024-CV
_____

## TACHET L. WRIGHT, Appellant

## V.

## FOUNTAIN OAKS APARTMENTS, Appellee

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1146670**

---

## CORRECTED ORDER

Appellant is pro se. No reporter's record has been filed in this case. Alexandra McDaniel, the court reporter, informed this court that appellant has not requested the reporter's record be prepared and the trial court has not ordered that the record be prepared. On February 25, 2020, we notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we ORDER appellant to file a brief in this appeal on or before **May 4, 2020**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Spain.